# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WAYNE TORPY,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　Case No:　6:16-cv-410-Orl-22DCI

**UNUM LIFE INSURANCE COMPANY OF AMERICA,**

      **Defendant.**

## ORDER

This cause is before the Court on Unum's Renewed Motion to Stay Execution Pending Appeal (Doc. No. 114) filed on November 28, 2017.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 30, 2017 (Doc. No. 117), is ADOPTED and CONFIRMED and made a part of this Order.

2. Unum's Renewed Motion to Stay Execution Pending Appeal is hereby GRANTED.

3. The Court APPROVES the Bond posted (Doc. No. 111-1) (Fed.R.Civ.P. 62(d)).

4. Execution on the Supplemental Judgment is hereby STAYED.

**DONE** and **ORDERED** in Orlando, Florida on December 18, 2017.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record